**POLSINELLI LLP**
GARRICK VANDERFIN (SBN: 316159)
gvanderfin@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:      (310) 556-1801
Facsimile:      (310) 556-1802

Attorneys for Plaintiff
*PANACEA FINANCIAL*

**COOLEY LLP**
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
AMIE SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
*TALLIED TECHNOLOGIES, INC.*

*[Full Listing on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANACEA FINANCIAL,<br><br>              Plaintiff,<br><br>      v.<br><br>TALLIED TECHNOLOGIES, INC.,<br><br>              Defendant. | Case No. 4:25-cv-03194 JST (LJC)<br><br>**STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

### 1.    PURPOSE

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.  Nothing in this Order shall be interpreted to require disclosure of irrelevant information or relevant information protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege or immunity.  The parties do not waive any objections as to the production, discoverability, admissibility, or confidentiality of documents and ESI.

**2.    COOPERATION**

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

**3.    LIAISON**

The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI.  Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

Tallied appoints Linda Vu as its discovery liaison.

Panacea appoints Nicole Blake as its discovery liaison.

**4.    PRESERVATION**

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate.  To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

a)    The parties have exchanged or will exchange a list of the types of ESI they believe should be preserved and the custodians, or general job titles or descriptions of custodians, for whom they believe ESI should be preserved, e.g., "HR head," "scientist," and "marketing manager."  The parties shall add or remove custodians as reasonably necessary.

b)    These data sources are not reasonably accessible because of undue burden or cost pursuant to Fed. R. Civ. P. 26(b)(2)(B) and ESI from these sources will be preserved but not searched, reviewed, or produced: backup systems and/or tapes; and systems no longer in use that cannot be accessed;

c)      In addition to the agreements above, the parties agree to meet and confer regarding other data upon request that (a) could contain relevant information but (b) under the proportionality factors, should not be preserved.

**5.      SEARCH**

The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about the methods being used to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.  The receiving party may suggest revisions to these methods, which shall be considered in good faith by the producing party.

**6.      PRODUCTION FORMATS**

The parties agree to produce documents in searchable PDF, TIFF, native (for XLS files) and/or a combination thereof file formats.  If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents.  The parties agree, to the extent practicable, not to materially degrade the searchability of documents as part of the document production process.

**7.      PHASING**

When a party propounds discovery requests pursuant to Fed. R. Civ. P. 34, the parties agree to phase the production of ESI.  The initial production of ESI from Tallied shall be from the following Tallied custodians: Sunil Singh and Venkat (Vinni) Bala.   Panacea will similarly make an initial ESI production from 2 Panacea custodians, Tyler Stafford and Michael Jerkins.  Nothing herein will relieve the parties from thereafter undertaking a good-faith, comprehensive search for documents responsive to one another's requests for production or otherwise limiting the parties' ability to seek relevant discovery beyond the custodians identified herein.

**8.      DOCUMENTS PROTECTED FROM DISCOVERY**

a)      Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding.  For example, the mere production of privileged or work-product-protected documents in this case as part of a mass

production is not itself a waiver in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). The provisions of Rule 502(b) do not apply.

        b)     The parties reserve rights to assert privilege as follows:

                i.     The parties agree to furnish logs that comply with Fed. R. Civ. P. 26(b)(5) and any other legal requirements for all documents withheld or redacted on the basis of privilege, attorney work product, or similar doctrines.   The parties shall exchange privilege logs according to a schedule to be negotiated by the parties and entered by the Court.

        c)     Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.  The parties reserve the right to seek individual identification of communications on a privilege log.

**9.    MODIFICATION**

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  March 25, 2026

**POLSINELLI LLP**


By: /s/ *Garrick Vanderfin*

GARRICK VANDERFIN (SBN: 316159)
gvanderfin@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:       (310) 556-1801
Facsimile:       (310) 556-1802

NIPUN PATEL (PHV)
npatel@polsinelli.com
ANDREW SOVEN (PHV)
asoven@polsinelli.com
1717 Arch St., Suite 2800
Philadelphia, PA 19103
Telephone:       (215) 267-3001

Attorneys for Plaintiff
PANACEA FINANCIAL


**COOLEY LLP**


By:  /s/ *Daniel Knauss*

DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
AMIE SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

PHILIP BOWMAN (pro hac vice)
(pbowman@cooley.com)
HANNAH RAUSCH (pro hac vice)
(hrausch@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Attorneys for Defendant
TALLIED TECHNOLOGIES, INC.

Cooley LLP
Attorneys at Law

5

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  March 25, 2026                              COOLEY LLP


                                                    By: */s/ Daniel Knauss*
                                                         Daniel J. Knauss


**IT IS ORDERED** that the forgoing Agreement is approved.

Dated: March 27, 2026

_____
HONORABLE LISA J. CISNEROS
UNITED STATES DISTRICT JUDGE

333731453