COOLEY LLP
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

*Attorneys for Defendant*
*Tallied Technologies, Inc.*

POLSINELLI LLP
GARRICK VANDERFIN (316159)
gvanderfin@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

*Attorneys for Plaintiff*
*Panacea Financial*

*[Full Listing on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PANACEA FINANCIAL,<br><br>Plaintiff,<br><br>v.<br><br>TALLIED TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:25-cv-03194-JST (LJC)<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Panacea Financial and Defendant Tallied Technologies, Inc. submit this Joint Stipulation and [Proposed] Order for Voluntary Dismissal With Prejudice ("Stipulation") of the above-captioned action. Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Respectfully Submitted,

**POLSINELLI LLP**

By: *<u>/s/ Garrick Vanderfin</u>*
GARRICK VANDERFIN (316159)
gvanderfin@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

NIPUN PATEL (PHV)
npatel@polsinelli.com
ANDREW SOVEN (PHV)
asoven@polsinelli.com
1717 Arch St., Suite 2800
Philadelphia, PA 19103
Telephone: (215) 267-3001

*Attorneys for Plaintiff Panacea Financial*

**COOLEY LLP**

By: *<u>/s/ Daniel J. Knauss</u>*
Daniel J. Knauss (267414)
dknauss@cooley.com
Amie Simmons (336356)
asimmons@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Laura Elliott (286702)
lelliott@cooley.com
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

Hannah Rausch (*pro hac vice*)
hrausch@cooley.com
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Attorneys for Defendant Tallied Technologies, Inc.*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: October 2, 2026

The Honorable Jon S. Tigar
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order for Voluntary Dismissal with Prejudice regarding signatures, I, Garrick Vanderfin, attest that concurrence in the filing of this document has been obtained.

Dated: September 30, 2026 *<u>/s/ Garrick Vanderfin</u>*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2026, a copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** was filed electronically and is available for viewing and downloading through the Court's CM/ECF System. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any parties that are unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Ashley Bridges*
Ashley Bridges